■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY E. HATHAWAY, Appellant. [666 NYS2d 74] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contentions that Supreme Court erred in receiving evidence of his refusal to submit to a breathalyzer test (*see, People v Peabody,* 206 AD2d 754, 755) and that the evidence is insufficient to support the conviction of driving while intoxicated (*see, People v Gray,* 86 NY2d 10, 19). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). We reject the contention that the court erred in admitting the photograph taken of defendant at the time of his arrest (*see, People v Logan,* 25 NY2d 184, 195, *cert denied* 396 US 1020; *People v Dent,* 183 AD2d 723, 723-724, *lv denied* 80

NY2d 928). Finally, the court properly exercised its discretion in precluding a lay defense witness from offering his opinion with respect to defendant's intoxication (*see, People v Jacobs*, 188 AD2d 897, 899, *lv denied* 81 NY2d 887). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Felony Driving While Intoxicated.) Present—Green, J. P., Pine, Wisner, Callahan and Fallon, JJ.